IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICHA FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 04-0796-CV-W-DW |
| v. ) | |
| ) | |
| THE MAY DEPARTMENT ) | |
| STORES CO., ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Plaintiff Richa Frazier's motion to dismiss with prejudice (Doc. 14). See Fed. R. Civ. P. 41(a)(2). For good cause shown, the case is dismissed with prejudice, with each party to bear its own costs.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: September 12, 2005